UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ISAMAR CRUZ,

Plaintiff,

vs.                                                                                          Case No.:

CREDIT PROTECTION ASSOCIATION, L.P.,

Defendant.
_____/

# COMPLAINT

1.  Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 et seq. ("FCCPA"). Plaintiff also alleges violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA") against the Defendant Credit Protection Association, L.P. Plaintiff alleges that the Defendant incessantly and unlawfully called the Plaintiff's cellular phone using an automatic telephone dialing system or auto-dialer and a pre-recorded or artificial voice, without Plaintiff's consent. Defendant made these calls in an attempt to collect an alleged debt belonging to the Plaintiff.

## JURISDICTION

2.  Jurisdiction of this Court arises under 28 U.S.C. § 1331, §1337, and §1367, and pursuant to 15 U.S.C. § 1692 et seq. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 et seq. ("FCCPA"). Under 28 U.S.C. 1367(a), this Court has supplemental jurisdiction over Plaintiff's state FCCPA claim in that it is so related to the federal TCPA and

1

FDCPA claims that they form part of the same case or controversy under Article III of the United States Constitution. Additionally, federal courts have jurisdiction over suits arising under TCPA. *Mims v. Arrow Financial Services, LLC,* 132 S. Ct. 740 (2012).

3. This action arises out of Defendant's violations of the FDCPA and FCCPA, in its illegal effort to collect a consumer debt from Plaintiff. This action also arises out of Defendant's violations of TCPA, which prohibits any person "to make any call (other than for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or any artificial or prerecorded voice --(iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call." 47 U.S.C. §227(b)(1)(A).

4. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, Defendant transacts business here, and Defendant places calls into this District.

## PARTIES

5. Plaintiff, Isamar Cruz, is a natural person who resides in the City of Miami, County of Miami-Dade, State of Florida, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3). Plaintiff is the cellular subscriber and has dominion over the cellular telephone that Defendant has been calling.

6. Defendant CREDIT PROTECTION ASSOCIATION, L.P., (hereinafter "Credit Protection"), a collection agency operating from an address of 13355 Noel Road, Suite 2100, Dallas, Texas 75240, is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6), and is incorporated under the laws of the State of Texas as a limited partnership.

7. Credit Protection regularly uses the mail and telephone in a business, the principal purpose of which is the collection of debts. Credit Protection regularly collects or attempts to collect debts for other parties.

8. Defendant Credit Protection is a debt collector that uses, among other things, an automated telephone dialing system to engage in debt collection practices.

9. Credit Protection is a "debt collector" as defined in the FDCPA and FCCPA, under 15 U.S.C. §1692a(6) and Florida Statute §559.55(6).

10. Credit Protection was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

11. Plaintiff allegedly incurred a financial obligation that was primarily for personal, family, or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and Florida Statute §559.55(1).

12. Sometime thereafter, the debt was consigned, placed or otherwise transferred to Defendant for collection from this Plaintiff.

13. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

14. Within 5 days of its initial communication with Plaintiff, Defendant failed to send a letter to Plaintiff notifying her of her rights and privileges under the law.

15. Defendant has failed to provide any documentation detailing the purchases, payments, interest, and late charges, if any, thereby making it impossible for Plaintiff to determine whether or not she owes the alleged debt and whether the alleged debt was correctly calculated.

3

16. The Defendant did not provide debtor with written notice of assignment from creditor, within 30 days after the assignment.

17. This lawsuit arises from telephone collection efforts of Defendant over the last four years. Most courts have held that TCPA claims are governed by the four-year federal statute of limitations. *Benedia v. Super Fair Cellular, Inc.,* 2007 U.S. Dist. LEXIS 71911 (N.D. Ill. 2007); *Stern v. Bluestone,* 850 N.Y.S. 2d 90, 2008 N.Y. Slip Op. 00611 (holding that the TCPA has a four year statute of limitations pursuant to 28 U.S.C. §1658).

18. Defendant attempted to collect an alleged consumer debt from the Plaintiff by unlawfully calling Plaintiff's cellular telephone numerous times in violation of the TCPA.

## COLLECTION CALLS

19. In or about April, May, and June of 2014, Credit Protection's collectors contacted Plaintiff by telephone in an effort to collect this debt, which was a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2) and Florida Statute § 559.55(5).

20. During these communications, Defendant called Plaintiff's cellular telephone using an automated telephone dialing system. Defendant left the following voicemail messages on Plaintiff's cellular voicemail system playing an artificial or pre-recorded voice. After delivery of the message, the caller immediately disconnected:

(888) 701-1043 04/14/2014 5:42pm

Hello this message is for Latamrra Curtis. If this is not Latamrra Curtis please call us back at 888-701-1043 to have your phone number removed from his account and discontinue listening to this message. This is Credit Protection Association calling concerning an important business matter. Please call us back at 1-888-745-2315. Please refer to account reference number 01774104852. This is an attempt by a debt collector to collect a debt and any information received will be used for such purposes. Again our phone number is 1-888-745-2315. Thank you. *(Female Voice)*

4

(888) 701-1043 04/17/2014  3:34pm

Hello this message is for Latamrra Curtis. If this is not Latamrra Curtis please call us back at 888-701-1043 to have your phone number removed from his account and discontinue listening to this message. This is Credit Protection Association calling concerning an important business matter. Please call us back at 1-888-745-2315. Please refer to account reference number 01774104852. This is an attempt by a debt collector to collect a debt and any information received will be used for such purposes. Again our phone number is 1-888-745-2315. Thank you. *(Female Voice)*

(888) 701-1043 04/21/2014  3:45pm

Hello this message is for Latamrra Curtis. If this is not Latamrra Curtis please call us back at 888-701-1043 to have your phone number removed from his account and discontinue listening to this message. This is Credit Protection Association calling concerning an important business matter. Please call us back at 1-888-745-2315. Please refer to account reference number 01774104852. This is an attempt by a debt collector to collect a debt and any information received will be used for such purposes. Again our phone number is 1-888-745-2315. Thank you. *(Female Voice)*

(888) 701-1043 04/22/2014 2:34pm

Hello this message is for Latamrra Curtis. If this is not Latamrra Curtis please call us back at 888-701-1043 to have your phone number removed from his account and discontinue listening to this message. This is Credit Protection Association calling concerning an important business matter. Please call us back at 1-888-745-2315. Please refer to account reference number 01774104852. This is an attempt by a debt collector to collect a debt and any information received will be used for such purposes. Again our phone number is 1-888-745-2315. Thank you. *(Female Voice)*

(888) 701-1043 05/02/2014 2:26pm

Hello this message is for Latamrra Curtis. If this is not Latamrra Curtis please call us back at 888-701-1043 to have your phone number removed from his account and discontinue listening to this message. This is Credit Protection Association calling concerning an important business matter. Please call us back at 1-888-745-2315. Please refer to account reference number 01774104852. This is an attempt by a debt collector to collect a debt and any information received will be used for such purposes. Again our phone number is 1-888-745-2315. Thank you. *(Female Voice)*

(888) 701-1043 05/05/2014 3:30pm

Hello this message is for Latamrra Curtis. If this is not Latamrra Curtis please call us back at 888-701-1043 to have your phone number removed from his account and discontinue listening to this message. This is Credit Protection Association calling concerning an important business matter. Please call us back at 1-888-745-2315. Please refer to account reference number 01774104852. This is an attempt by a debt collector to collect a debt and any information received will be used for such purposes. Again our phone number is 1-888-745-2315. Thank you. *(Female Voice)*

(888) 701-1043 05/06/2014 2:07pm

Hello this message is for Latamrra Curtis. If this is not Latamrra Curtis please call us back at 888-701-1043 to have your phone number removed from his account and discontinue listening to this message. This is Credit Protection Association calling concerning an important business matter. Please call us back at 1-888-745-2315. Please refer to account reference number 01774104852. This is an attempt by a debt collector to collect a debt and any inf0lmation received will be used for such purposes. Again our phone number is 1-888-745-2315. Thank you. *(Female Voice)*

(888) 701-1043 05/07/2014 1:55pm

Hello this message is for Latamrra Curtis. If this is not Latamrra Curtis please call us back at 888-701-1043 to have your phone number removed from his account and discontinue listening to this message. This is Credit Protection Association calling concerning an important business matter. Please call us back at 1-888-745-2315. Please refer to account reference number 01774104852. This is an attempt by a debt collector to collect a debt and any information received will be used for such purposes. Again our phone number is 1-888-745-2315. Thank you. *(Female Voice)*

(888) 701-1043 05/08/2014 2:07pm

Hello this message is for Latamrra Curtis. If this is not Latamrra Curtis please call us back at 888-701-1043 to have your phone number removed from his account and discontinue listening to this message. This is Credit Protection Association calling concerning an important business matter. Please call us back at 1-888-745-2315. Please refer to account reference number 01774104852. This is an attempt by a debt collector to collect a debt and any information received will be used for such purposes. Again our phone number is 1-888-745-2315. Thank you. *(Female Voice)*

(888) 745-3191 05/30/2014 11:53am

If this is not Latamrra Curtis please call us back at 888-701-1043 to have your phone number removed from his account and discontinue listening to this message. This is

Credit Protection Association calling concerning an important business matter. Please call us back at 1-888-745-3191. Please refer to account reference number 01774104852. This is an attempt by a debt collector to collect a debt and any information received will be used for such purposes. Again our phone number is 1-888-745-3191. Thank you. *(Female Voice)*

(888) 745-3191  05/31/2014  10:23am

1043 to have your phone number removed from his account and discontinue listening to this message. This is Credit Protection Association calling concerning an important business matter. Please call us back at 1-888-745-3191. Please refer to account reference number 01774104852. This is an attempt by a debt collector to collect a debt and any information received will be used for such purposes. Again our phone number is 1-888-745-3191. Thank you. *(Female Voice)*

(888) 745-3191  06/04/2014  2:18pm

If this is not Latamrra Curtis please call us back at 888-701-1043 to have your phone number removed from his account and discontinue listening to this message. This is Credit Protection Association calling concerning an important business matter. Please call us back at 1-888-745-3191. Please refer to account reference number 01774104852. This is an attempt by a debt collector to collect a debt and any information received will be used for such purposes. Again our phone number is 1-888-745-3191. Thank you. *(Female Voice)*

(888) 745-3191  06/05/2014  6:32pm

8-745-3191. Please refer to account reference number 01774104852. This is an attempt by a debt collector to collect a debt and any information received will be used for such purposes. Again our phone number is 1-888-745-3191. Thank you. *(Female Voice)*

(888) 745-3191  06/06/2014  11:45am

Hello this message is for Latamrra Curtis. If this is not Latamrra Curtis please call us back at 888-701-1043 to have your phone number removed from his account and discontinue listening to this message. This is Credit Protection Association calling concerning an important business matter. Please call us back at 1-888-745-3191. Please refer to account reference number 01774104852. This is an attempt by a debt collector to collect a debt and any information received will be used for such purposes. Again our phone number is 1-888-745-3191. Thank you. *(Female Voice)*

(888) 745-3191 06/07/2014 12:19pm

Hello this message is for Latamrra Curtis. If this is not Latamrra Curtis please call us back at 888-701-1043 to have your phone number removed from his account and discontinue listening to this message. This is Credit Protection Association calling concerning an important business matter. Please call us back at 1-888-745-3191. Please refer to account reference number 01774104852. This is an attempt by a debt collector to collect a debt and any information received will be used for such purposes. Again our phone number is 1-888-745-3191. Thank you. *(Female Voice)*

(888) 745-3191 06/10/2014 3:07pm

Hello this message is for Latamrra Curtis. If this is not Latamrra Curtis please call us back at 888-701-1043 to have your phone number removed from his account and discontinue listening to this message. This is Credit Protection Association calling concerning an important business matter. Please call us back at 1-888-745-3191. Please refer to account reference number 01774104852. This is an attempt by a debt collector to collect a debt and any information received will be used for such purposes. Again our phone number is 1-888-745-3191. Thank you. *(Female Voice)*

21. On other occasions, upon answering these calls, Plaintiff was greeted with a machine-generated voice that began reading a script, consistent with an automated telephone dialing system using an artificial or pre-recorded voice.

22. Defendant left these voicemail messages with an artificial or pre-recorded voice asking for Latamrra Curtis. The Plaintiff is not Latamrra Curtis and does not know anyone by that name. Plaintiff never provided consent to Defendant to receive phone calls to her cellular phone for Latamrra Curtis.

23. The Defendant's method of contacting Plaintiff is indicative of its ability to dial numbers without any human intervention in the calling process, which the FCC has opined is the hallmark of automatic telephone dialing system. See *In the Matter of Rules & Regulations Implementing the Telephone Consumer Protection Act of 2008,* CG Docket No. 02-278, FCC 07-232 (1/4/08); *In the Matter of Rules & Regulations Implementing the Telephone Consumer Protection Act of 1991,* 2003 WL 21517583, 18 F.C.C.R. 14014 (July 3, 2003).

24. Defendant's calls to Plaintiff's cellular telephone were all initiated using

an automatic telephone dialing system, which contained an artificial voice and/or played a prerecorded message.

25. None of the Defendant's telephone calls to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. § 227(b)(l)(A).

26. The Defendant either willfully or knowingly violated the TCPA.

## SUMMARY

27. Defendant and its collection employees engaged in the above-described collection communications by contacting Plaintiff s cellular telephone, in violation of numerous and multiple provisions of the FDCPA, including but not limited to 15 U.S.C. § 1692(d)6, and 1692e(ll).

28. During its collection communications, Defendant and the individual debt collectors employed by Credit Protection failed to provide Plaintiff with the notice required by 15 U.S.C. § 1692(d) 6, and 1692e(11), amongst others.

29. Defendant's conduct, as detailed above, of harassing Plaintiff in an effort to collect this debt, constitutes violations of numerous and multiple provisions of the FDCPA, as stated herein. Defendant willfully or knowingly violated FDCPA and FCCPA.

## TRIAL BY JURY

30. Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable. U.S. Const. amend. 7. Fed.R.Civ.P.38.

## CAUSES OF ACTION

## COUNT 1

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692 et seq.

31. Plaintiff incorporates by reference paragraphs 1 through 30 of this Complaint as though fully stated herein.

32. The foregoing acts and omissions of the Defendant and its agents constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq.

33. As a result of the Defendant's violations of the FDCPA, Plaintiff is entitled to statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from the Defendant herein.

## COUNT 2

### HARRASMENT OR ABUSE
### 15 U.S.C. § 1692(d)

34. Plaintiff incorporates by reference all of the above paragraphs 1 through 30 of this Complaint as though fully stated herein.

35. Defendant engaged in conduct with the natural consequence of which was to harass, oppress, or abuse Defendant, when Defendant incessantly called the Plaintiff's cellular telephone in an attempt to collect a debt, sometimes on a daily basis.

36. By the foregoing acts, Defendant violated numerous provisions of FDCPA, including but not limited to 15 U.S.C. 1692(d), namely § 1692d(2) and § 1692d(6).

## COUNT 3

### VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 USC § 1692g

37. Plaintiff incorporates by reference paragraphs 1 through 30 of this Complaint as though fully stated herein.

38. Defendant violated § 1692g of the FDCPA by failing to send written notification, within five (5) days after its initial communication with Plaintiff, advising Plaintiff of her rights to dispute the debt or request verification of the debt.

39. Defendant acted in an otherwise deceptive, unfair, and unconscionable manner by failing to comply with § 1692g of the FDCPA.

## COUNT 4

### VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT FLORIDA STATUTE §559.55 et seq. ("FCCPA")

40. Plaintiff incorporates by reference all of the above paragraphs 1 through 30 of this Complaint as though fully stated herein.

41. The foregoing acts and omissions of the Defendant and its agents constitute violation of the FCCPA including Florida Statute § 559.715.

42. As a result of the Defendant's violations of the FCCPA, Plaintiff is entitled to statutory damages in an amount up to $1,000.00 pursuant to Florida Statute § 559.77(2), and reasonable attorney's fees and costs pursuant to § 559.77(2), from the Defendant herein.

## COUNT 5

### VIOLATION OF 553.72(7) OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

43. Plaintiff incorporates by reference all of the above paragraphs 1 through 30 of this Complaint as though fully stated herein.

44. In an effort to collect the debt, Defendant willfully communicated with the

11

Plaintiff with such frequency as can be reasonably expected to harass the Debtor, in violation of FCCPA, Florida Statute § 559.72(7).

## COUNT 6

### VIOLATION OF §559.715 OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

45. Plaintiff incorporates by reference paragraphs 1 through 30 of this Complaint as though fully stated herein.

46. The Defendant did not provide written notice of the assignment of the right to bill and collect the debt, within 30 days after the assignment.

47. Florida Statute § 559.715 does not prohibit the assignment, by a creditor, of the right to bill and collect a consumer debt. <u>However, the assignee must give the debtor written</u> notice of such assignment within 30 days after the assignment. The Defendant did not provide Plaintiff with said notice.

## COUNT 7

### VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT 47 U.S.C. § 227 et seq.

48. Plaintiff incorporates by reference all of the above paragraphs 1 through 30 of this Complaint as though fully stated herein.

49. Defendant violated 47 U.S.C.§227(b)(1)(A)(iii) of the Telephone Consumer Protection Act by making telephone calls to Plaintiff's cellular telephone, which were initiated by an automatic telephone dialing or made using an artificial or prerecorded voice, and not legally permissible under any provision of the aforementioned statute.

Plaintiff did not provide express consent to Defendant to contact Latamrra Curtis on her cellular phone. In addition, Defendant's telephone calls to Plaintiff were not for "emergency purposes" as specified in 47 U.S.C. §227(b)(1)(A)

50. The subject calls were not legally permitted under any provision to the aforementioned statute.

51. In sum, the Defendant made telephone calls to Plaintiff's cellular phone, which were either initiated by an automatic telephone dialing system and/or contained a pre-recorded message and were made without the prior express consent of Plaintiff.

52. Defendant, through its agents, representatives, and/or employees acting within the scope of their authority, willfully and intentionally violated the TCPA, 47 U.S.C. §227(b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that this Honorable Court enter judgment in favor of Plaintiff and against Defendant for:

a) Damages;

b) Reasonable attorney's fees and costs;

c) $500 in statutory damages for each violation of the TCPA over the last four years;

d) $1,500 in statutory damages for each knowing or willful violation of the TCPA over the last four years;

e) a permanent injunction prohibiting Defendant from placing non-emergency calls to Plaintiff's cellular telephone using either an automatic telephonic dialing system or an artificial or prerecorded voice; and

f) such further relief as this Court deems just and proper.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against the Defendant.

Dated: July 22, 2014

Respectfully submitted,

/s Monica Amor
LAW OFFICES OF MONICA AMOR, P.A.
Monica Amor, Esq.
E-mail: mamor@amorlaw.com
Florida Bar No: 0118664
6355 N.W. 36th Street, Suite 406
Virginia Gardens, Florida 33166
Telephone: (305) 526-8686
Facsimile: (305) 526-1175
Attorney for Plaintiff